# In The United States Court of Federal Claims

## Cover Sheet

05 - 821

Plaintiff(s) or Petitioner(s)
Evergreen Apts., a Limited Partnership
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attached an alphabetized, numbered list if all plaintiffs

Name of the attorney of record: [See RCFC 83.1(c)] Jeff H. Eckland
Firm Name: Eckland & Blando LLP
Post Office Box: ______________________
Street Address: 700 Lumber Exchange, 10 South Fifth Street
City-State-Zip: Minneapolis, MN 55402
Telephone & Facsimile Numbers: Phone: (612)305-4444 Fax: (612)305-4439
E-mail address: ecklandandblando@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356 or 528 are used, please explain.

______________________

______________________

Government Agency Involved: A G R

See attached Sheet for three digit code.

Amount Claimed: $ To be determined
If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) ______________

If this case is related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2